```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

FILED
AUG 2 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> US PARKING , INC., a California corporation <br><br> Defendants. | NO.  C 09 2142 PJH <br><br> JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 8/27/09 <br> TIME: 2:30 p.m. |

The parties to the above-entitled action jointly submit this Case Management Statement.

A brief description of the events underlying the action: This is an ERISA collection action against an employer which is ceasing most operations.

Service was accomplished on June 4, 2009. An answer has not been filed. The parties have been engaged in good faith negotiations which resulted in a tentative settlement. Just last week an

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
1

1  additional issue arose, which is being discussed now. To save
2  attorneys fees and court time we request a continuance of the
3  Conference to October 15, 2009, with all other dates extended as well.
4                                    Respectfully submitted,
5  DATED: August 19, 2009            ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION
6
7                                    By: _____
                                         Michael J. Carroll
8                                        Attorneys for Plaintiff
9  Dated: August 19, 2009            SCHARTZ & CERA LLP
10
                                     By: _____
11                                       Scott R. Lovernick
                                         Attorneys for Defendant
12

IT IS SO ORDERED

_____
Phyllis J. Hamilton
United States District Judge

AUG 2 1 2009
_____
Date

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
2