ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 09 2142 PJH |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JOINT CASE MANAGEMENT |
| vs. | ) | STATEMENT; REQUEST |
| | ) | FOR CONTINUANCE |
| | ) | |
| US PARKING ,INC., a California | ) | |
| corporation | ) | CASE MANAGEMENT CONFERENCE |
| | ) | DATE: 10/15/09 |
| Defendants. | ) | TIME: 2:30 p.m. |

The parties to the above-entitled action jointly submit this Case Management Statement.

A brief description of the events underlying the action: This is an ERISA collection action against an employer which is ceasing most operations.

Service was accomplished on June 4, 2009.  An answer has not been filed.  The parties have been engaged in good faith negotiations which resulted in a tentative settlement.  Just last week an

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE

1   additional issue arose, which has resulted in a new round of
2   negotiations.  The parties have exchanged settlement proposals and
3   terms which address the additional issue.  The parties are hopeful of
4   reaching a final agreement in the next 5-10 days.
5           Plaintiffs want an answer filed in this case before the date
6   set for this Case Management Conference.  The last Stipulation
7   Extending Time has expired.
8                           Respectfully submitted.
9   DATED: October 8, 2009              ERSKINE & TULLEY
                                        A PROFESSIONAL CORPORATION
10
11                                      By:/s/Michael J. Carroll
                                           Michael J. Carroll
12                                         Attorneys for Plaintiff
13  Dated: October 8, 2009              SCHARTZ & CERA LLP
14
15                                      By:/s/Scott R. Lovernick
                                           Scott R. Lovernick
16                                         Attorneys for Defendant
17
18  THE CASE MANAGEMENT CONFERENCE IS CONTINUED
    TO NOVEMBER 5, 2009 AT 2:30 P.M.  A JOINT CASE
19  MANAGEMENT CONFERENCE STATEMENT SHALL BE
    FILED BY OCTOBER 29, 2009.
20
21
22
23                  10/13/09
24
25
26
27
28

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton