1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13 NORTHWEST ADMINISTRATORS, INC.,   )   NO.  C 09 2142 PJH
                                     )
14                                   )
                       Plaintiffs,   )
15                                   )   JOINT CASE MANAGEMENT
          vs.                        )   STATEMENT; REQUEST
16                                   )   FOR CONTINUANCE
                                     )
17                                   )
   US PARKING, INC., a California    )
18 corporation                       )   CASE MANAGEMENT CONFERENCE
                                     )   DATE: 11/5/09
19                     Defendants.   )   TIME: 2:30 p.m.
                                     )
20 ──────────────────────────────────

21        The parties to the above-entitled action jointly submit this
22 Case Management Statement.
23        A brief description of the events underlying the action:
24 This is an ERISA collection action against an employer which is
25 ceasing most operations.
26        Service was accomplished on June 4, 2009. An answer has not
27 been filed. The parties have been engaged in good faith negotiations
28 which resulted in a tentative settlement. The settlement was

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
                              1

1  contingent upon the payment of a certain sum by the defendant. This
2  is no longer financially possible. Defendant is interviewing
3  bankruptcy attorneys.
4      To save judicial time we request a thirty day continuance
5  to see if a bankruptcy will be filed, in which event it will be
6  necessary to dismiss this action
7                                    Respectfully submitted.
8  DATED: October 28, 2009       ERSKINE & TULLEY
                                             A PROFESSIONAL CORPORATION
9
10                                         By:_____
11                                             Michael J. Carroll
                                            Attorneys for Plaintiff
12 Dated: October 28, 2009       SCHARTZ & CERA LLP
13
14                                         By:_____
                                            Scott R. Lovernick
15                                             Attorneys for Defendant
16
17 THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO
   DECEMBER 3, 2009 AT 2:00 P.M.
18
19
20
21
22                           11/2/09
23
24
25
26
27
28



JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
2