```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> US PARKING, INC., a California corporation <br><br> Defendants. | NO.  C 09 2142 PJH <br><br> JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 12/3/09 <br> TIME: 2:00 p.m. |

The parties to the above-entitled action jointly submit this Case Management Statement.

A brief description of the events underlying the action: This is an ERISA collection action against an employer who has ceased operations at all but one location.

Service was accomplished on June 4, 2009. An answer has not been filed. The parties have been engaged in good faith negotiations but the financial condition of defendant precludes a settlement.

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
1

1  Bankruptcy is no longer being considered.
2          Defendant's counsel has been instructed not to file an
3  answer, and to allow a default to be taken.
4          To save judicial time we request a sixty day continuance
5  during which time a default can be taken and a motion for default
6  judgment be prepared.

7                                  Respectfully submitted.
8  DATED: November 25, 2009        ERSKINE & TULLEY
                                   A PROFESSIONAL CORPORATION
9
10                                 By: _____
                                       Michael J. Carroll
11                                     Attorneys for Plaintiff

12 Dated: November 25, 2009        SCHWARTZ & CERA LLP
13
                                   By: _____
14                                     Scott R. Lovernick
                                       Attorneys for Defendant
15
16
17      THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 2/4/10 AT 2:00 P.M.
18
19
20
21      12/1/09
22
23 
24
25
26
27
28

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
2