UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS,
INC.,

        Plaintiff,                    No. C 09-2142 PJH

        v.                       **ORDER ADOPTING
                                            MAGISTRATE JUDGE'S REPORT**

US PARKING, INC.,               **AND RECOMMENDATION**

        Defendant.

_____/

      The court has reviewed Magistrate Judge Spero's Report and Recommendation Re:
plaintiff's Motion for Default Judgment.  No objections were filed.  The court finds the
Report correct, well-reasoned and thorough, and adopts it in every respect, with the
exception of the following amendment to the report and recommendation (in order to
account for a clerical mistake), as follows:  in the "Conclusion" paragraph at page 7, line 16,
"$42,440.55 in unpaid contributions" is hereby amended to state "$42,330.55 in unpaid
contributions," in accordance with the magistrate judge's actual findings reflected in the
substantive analysis at page 5, lines 23-24.

      In accordance with the foregoing, plaintiff's motion for default judgment, and
accompanying fees and costs, is hereby GRANTED.

**IT IS SO ORDERED**.

Dated:  May 6, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge