1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4
Attorneys for Plaintiffs
5

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9

10 | NORTHWEST ADMINISTRATORS, INC.,          )    NO. C 09 2142 PJH (JL)
                                           )
11 |                                        )
                           Plaintiffs,     )    AMENDED
12 |                                        )    ORDER OF EXAMINATION
               vs.                         )
13 |                                        )
                                           )
14 | U S PARKING, INC., a California        )
corporation                                )
15 |                                        )
                                           )
16 |                           Defendant.   )
     _____ )

17
To:  Orhan E. Kaplankiran, Vice President and Custodian of Records
18 |      U S Parking, Inc.,
         855 Geary Street
19 |      San Francisco, CA 94104

20 |          You the above named judgment debtor ARE HEREBY ORDERED to

21 | appear personally on September 1, 2010 at 9:30 a.m. at 450 Golden Gate

22 | Avenue, San Francisco, CA , 94102 Conference Room F, 15th Floor,

23 | before the Magistrate James Larson then and there to be examined on

24 | oath concerning your property or other matters material to the

25 | proceedings.

26 |          You are ordered to bring with you the following documents:

27 |          1.  The corporation's bylaws, share register and minute

28 | book;

AMENDED ORDER OF EXAMINATION          1

1        2. Title documents to all equipment and vehicles of debtor;

2        3. All lists and schedules of rented, leased and owned

3   equipment of debtor;

4        4. Copies of all real property and personal property leases

5   wherein debtor is a party;

6        5. Copies of all tax bills, deeds, contracts, deeds of

7   trust or deposit receipts relating to all real and personal property

8   in which any interest is held;

9        6. Annual Financial Statements for the 2009 and all

10  monthly financial statements for 2010;

11       7. Federal tax returns for the last year reported;

12       8. All bank statements, deposit slips and canceled checks

13  for all accounts for 2010;

14       9. The last tax return filed with the Franchise Tax Board;

15       10. Copies of all purchase orders, change orders accepted

16  bids, and contracts which relate in any way to work performed by

17  debtor during the period from January 1, 2010 to date;

18       11. All accounts receivable lists generated by the Company

19  in 2010;

20       12. Cash Disbursement Journals for 2010;

21       13. All documents related to any loans to debtor or by

22  debtor by any present or former shareholders, officers or employees

23  of debtor;

24       14. All documents related to any completed, pending or

25  failed sale of substantially all corporate assets during the last

26  three years.

27       15. All personal guarantees made by any officer, agent or

28  shareholder for the benefit of debtor.

AMENDED ORDER OF EXAMINATION                    2

NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: July 22, 2010

_____
Magistrate Judge James Larson

AMENDED ORDER OF EXAMINATION                    3